UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Anthony Strezo

           Plaintiff,

v.                                                Case No.: 1:21−cv−00006

                                                                      Honorable Thomas M. Durkin

Liberty Life Assurance Company of Boston

           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 30, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: Motion to dismiss [8] is granted. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), a settlement agreement having been reached by the parties, this case is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. All pending dates before this court are stricken. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.